No. 74–518. Levy *v.* Parker, Warden, et al. C. A. 3d Cir. Application [A–362] for stay of execution and enforcement of mandate, presented to Mr. Justice Brennan, and by him referred to the Court, denied. Mr. Justice Douglas would grant stay pending decision of this Court in No. 73–1346, *McLucas* v. *DeChamplain.* Motions to expedite and consolidate with No. 73–1346 for oral argument denied.

No. 74–214. Weinberger, Secretary of Health, Education, and Welfare, et al. *v.* Salfi et al. Appeal from D. C. N. D. Cal. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 73–1908. Cort et al. *v.* Ash. C. A. 3d Cir. Certiorari granted.

No. 74–124. Blue Chip Stamps et al. *v.* Manor Drug Stores. C. A. 9th Cir. Certiorari granted.

No. 74–215. United States *v.* Park. C. A. 4th Cir. Certiorari granted.